United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11    BAC HOME LOANS,                          No. C12-03303 CRB

12              Plaintiff,                     **ORDER**

13        v.

14    RONNIE LYLES,

15              Defendant.
      _____/
16

17        Upon representations of the parties that a Notice of Bankruptcy has been filed in this matter

18    and GOOD CAUSE APPEARING THEREFOR:

19        There appears to be no further reason at this time to maintain the file as an open one for

20    statistical purposes.  Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative

21    Office.

22        Nothing contained in this minute entry shall be considered a dismissal or disposition of this

23    action, and should further proceedings in this litigation become necessary or desirable, any party

24    may initiate it in the same manner as if this order had not been entered

25        **IT IS SO ORDERED.**

26    Dated: August 1, 2012                    _____
                                               CHARLES  R. BREYER
27                                             UNITED STATES DISTRICT JUDGE

28